# United States District Court
## Middle District of Tennessee

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

October 12, 2007

Clerk of Court
United States District Court
District of Columbia
1225 E Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CA07-1565 CKK

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
        Conditional Transfer Orders 47 & 48

Dear Clerk of Court:

Enclosed please find certified copies of CTO 47 & 48 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee.

The new case numbers are listed on the orders. **Please make reference to the new case numbers in your transmittal letter.**

At your earliest convenience, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov. If this is not possible, please forward the original contents of the case files and certified copies of the docket sheets via mail. If you have any questions, please let me know.

Sincerely,

Ann Frantz

Enclosures